Ryan J. McCarthy, Bar #020571
Brian J. Ripple, Bar #033997
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1783
Fax: (602) 200-7878
rmccarthy@jshfirm.com
bripple@jshfirm.com

Attorneys for Defendant Frontier Airlines, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Garcia and Jerilynn Garcia, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> Frontier Airlines, Inc., a Colorado corporation for profit, <br><br> Defendant. | No. <br><br> **Notice of Removal** |

Defendant, Frontier Airlines, Inc., by and through undersigned counsel, file this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

## I.  PROCEDURAL HISTORY

1. On July 31, 2024, Plaintiffs Richard Garcia and Jerilynn Garcia filed a Complaint in the Superior Court of Maricopa County, entitled Richard Garcia and Jerilynn Gracia, husband and wife v. Frontier Airlines, Inc., a Colorado corporation for profit, Case No. CV2024-020408 (the "Superior Court Action"). A true and accurate copy the complete Superior Court file is attached hereto as **Exhibit A**.

2. On August 14, 2024, Defendant Frontier Airlines, Inc., was served a copy of Plaintiffs' Summons and Complaint.

117470538.1

## II. **TIMELINESS OF REMOVAL**

3. This Notice of Removal is filed within thirty (30) days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

## III. **BASIS FOR REMOVAL**

4. Upon information and belief, this Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and the action is between citizens of different states. As such, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq*.

### A. **Diversity of Citizenship**

5. As alleged in the Complaint, Plaintiffs reside in Maricopa County, Arizona. *See* Complaint at ¶ 3. Plaintiffs are thus citizens of Arizona.

6. As alleged in the Complaint, Defendant Frontier Airlines, Inc., is a Colorado corporation headquartered in Colorado. *See* Complaint at ¶ 5. Defendant Frontier Airlines, Inc. is therefore a citizen of Colorado.

7. There is, therefore, complete diversity of citizenship between Plaintiffs and Defendant, and the diversity of citizenship requirement is satisfied.

### B. **Value of Matter in Controversy**

8. In an effort to determine if the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, undersigned counsel emailed Plaintiffs' counsel if they would stipulate to claimed damages being under $75,000—Plaintiffs' counsel would not and acknowledged that the claimed damages are more than $75,000.

9. As such, under 28 U.S.C. §1332(a), this Court has original jurisdiction over this matter because the parties are citizens of different states and the amount in controversy, exclusive of interest and costs, is in excess of $75,000.00.

10. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed

117470538.1

with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

11. A Notice of Filing Notice of Removal was filed with the Maricopa County Superior Court and a copy of the same is attached hereto as **Exhibit B**.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

DATED this 11th day of September, 2024.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ryan J. McCarthy
    Ryan J. McCarthy
    Brian J. Ripple
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant Frontier Airlines, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

J. Tyrell Taber
Gallagher & Kennedy, P.A.
1575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
Attorneys for Plaintiff

/s/ Mary Creed

3

117470538.1