Ryan J. McCarthy, Bar #020571
Brian J. Ripple, Bar #033997
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1783
Fax: (602) 200-7878
rmccarthy@jshfirm.com
bripple@jshfirm.com

Attorneys for Defendant Frontier Airlines, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Garcia and Jerilynn Garcia, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Frontier Airlines, Inc., a Colorado corporation for profit,<br><br>Defendant. | No. CV-24-02406-PHX-KML<br><br>**Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Frontier Airlines, Inc. in compliance with the provisions of: (check one)

　　__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

117471468.1

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

__X__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below:

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

1) Group Holdings – Frontier LLC (15.33%) Shareholder

2) Indigo Partners LLC (14.3%) Shareholder

3) Wildcat Capital Management LLC (12.5%) Shareholder

4) Ancient Art LP (3.35%) Shareholder

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 12th day of September, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Ryan J. McCarthy
Ryan J. McCarthy
Brian J. Ripple
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Frontier Airlines, Inc.

117471468.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

J. Tyrell Taber
Gallagher & Kennedy, P.A.
1575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
Attorneys for Plaintiff


/s/ Mary Creed

3

117471468.1