```
 1 │ Ryan J. McCarthy, Bar #020571
   │ Brian J. Ripple, Bar #033997
 2 │ JONES, SKELTON & HOCHULI P.L.C.
   │ 40 N. Central Avenue, Suite 2700
 3 │ Phoenix, Arizona 85004
   │ Telephone: (602) 263-1783
 4 │ Fax: (602) 200-7878
   │ rmccarthy@jshfirm.com
 5 │ bripple@jshfirm.com
 6 │ Attorneys for Defendant Frontier Airlines, Inc.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Garcia and Jerilynn Garcia, husband and wife,<br><br>                    Plaintiffs,<br><br>v.<br><br>Frontier Airlines, Inc., a Colorado corporation for profit,<br><br>                    Defendant. | No. CV-24-02406-PHX-KML<br><br>**Demand for Jury Trial** |

Defendant, Frontier Airlines, Inc., by and through counsel undersigned, hereby demands a trial by jury as to all triable issues in the above-captioned matter.

DATED this 18th day of September, 2024.

                                      JONES, SKELTON & HOCHULI, P.L.C.

                                      By /s/ Ryan J. McCarthy
                                         Ryan J. McCarthy
                                         Brian J. Ripple
                                         40 N. Central Avenue, Suite 2700
                                         Phoenix, Arizona 85004
                                         Attorneys for Defendant Frontier Airlines, Inc.

117535331.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

J. Tyrell Taber
Gallagher & Kennedy, P.A.
1575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
Attorneys for Plaintiff


/s/ Mary Creed

117535331.1