```
Ryan J. McCarthy, Bar #020571
Brian J. Ripple, Bar #033997
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1783
Fax: (602) 200-7878
rmccarthy@jshfirm.com
bripple@jshfirm.com
```

Attorneys for Defendant Frontier Airlines, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard Garcia and Jerilynn Garcia, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Frontier Airlines, Inc., a Colorado corporation for profit,<br><br>　　　　　　　　　Defendant. | No. CV-24-02406-PHX-KML<br><br>**Notice of Service of Discovery** |

Notice is hereby given by undersigned counsel that Defendant Frontier Airlines, Inc.'s Initial Disclosure Statement was served on counsel for Plaintiff via email on October 30, 2024.

DATED this 30th day of October, 2024.

　　　　　　　　　　　　　　　　JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ryan J. McCarthy
　　Ryan J. McCarthy
　　Brian J. Ripple
　　40 N. Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendant Frontier Airlines, Inc.

117698328.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

J. Tyrell Taber
Gallagher & Kennedy, P.A.
1575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
Attorneys for Plaintiff

Reid J. Lampert
rlampert@klm-law.com
Katzman Lampert & Stoll
9596 Metro Airport Avenue
Broomfield, Colorado 80021


/s/ Mary Creed

2

117698328.1