J. Tyrrell Taber (005204)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8015
Facsimile: (602) 530-8500
Ty.Taber@gknet.com

Reid J. Lampert (54657)
*Pro Hac Vice to be applied for*
**KATZMAN LAMPERT & STOLL**
9596 Metro Airport Avenue
Broomfield, Colorado 80021
Telephone: (303) 465-3663
Fax: (303) 867-1565
RLampert@KLM-Law.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Garcia and Jerilynn Garcia,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Frontier Airlines, Inc., a Colorado corporation for profit,<br><br>                    Defendant. | No. CV-24-02406-PHX-KML<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

      Notice is hereby given, by undersigned counsel, that Plaintiffs' Initial Disclosure was served on counsel for Defendant via email on October 30, 2024.

      DATED this 30th day of October, 2024.

1

KATZMAN LAMPERT & STOLL, PLLC

*s/ Reid J. Lampert*
Reid J. Lampert
*Via Pro Hac Vice*
9596 Metro Airport Avenue
Broomfield, Colorado 80021

and

GALLAGHER & KENNEDY, P.A.
J. Tyrrell Taber
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2024, I caused the foregoing document to be filed electronically with the Clerk of the Court through CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system:

Ryan J. McCarthy, Bar #020571
Brian J. Ripple, Bar #033997
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1783
Fax: (602) 200-7878
rmccarthy@jshfirm.com
bripple@jshfirm.com
*Attorneys for Defendant Frontier Airlines, Inc.*

*s/ Reid J. Lampert*
Reid J. Lampert

2